## U.S. District Court
## Southern District of Florida (Ft. Lauderdale)
## CIVIL DOCKET FOR CASE #: 0:12–cv–61086–WPD

| | |
|---|---|
| Aumick v. Enhanced Recovery Company, LLC | Date Filed: 06/04/2012 |
| Assigned to: Judge William P. Dimitrouleas | Date Terminated: 11/16/2012 |
| Referred to: Magistrate Judge Lurana S. Snow | Jury Demand: Plaintiff |
| Cause: 15:1692 Fair Debt Collection Act | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Frederick S. Aumick**         represented by     **Donald A. Yarbrough**
2000 E Oakland Park Boulevard
Suite 105
PO Box 11842
Fort Lauderdale, FL 33339
954–537–2000
Fax: 566–2235
Email: don@donyarbrough.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Enhanced Recovery Company, LLC.**         represented by     **Kenneth Cleburne Grace**
Sessions, Fishman, Nathan, &Israel, L.L.C.
3350 Buschwood Park Drive
Suite 195
Tampa, FL 33618
813–890–2465
Fax: 866–466–3140
Email: kgrace@sessions–law.biz
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel A. Morris**
Sessions, Fishman, Nathan &Israel, L.L.C.
3350 Buschwood Park Drive
Suite 195
Tampa, FL 33618
(813) 890–2469
Fax: 866–466–3140
Email: rmorris@sessions–law.biz
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michele Felicia Martin**
Smith, Gambrell and Russell, LLP
50 N. Laura Street
Suite 2600
Jacksonville, FL 32202

904–598–6131  
Email: mmartin@sgrlaw.com  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/04/2012 | Ï 1 | COMPLAINT against Enhanced Recovery Company, LLC. Filing fee $ 350.00 receipt number 113C–4785657, filed by Frederick S. Aumick. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s))(Yarbrough, Donald) (Entered: 06/04/2012) |
| 06/04/2012 | Ï 2 | Judge Assignment to Judge William P. Dimitrouleas and Magistrate Judge Lurana S. Snow (vjk) (Entered: 06/04/2012) |
| 06/04/2012 | Ï 3 | Summons Issued as to Enhanced Recovery Company, LLC. (vjk) (Entered: 06/04/2012) |
| 06/05/2012 | Ï 4 | Order Requiring Counsel to Meet, File Joint Scheduling Report and Joint Discovery Report. Signed by Judge William P. Dimitrouleas on 6/5/2012. (tp) (Entered: 06/05/2012) |
| 06/08/2012 | Ï 5 | SUMMONS (Affidavit) Returned Executed on 1 Complaint by Frederick S. Aumick. Enhanced Recovery Company, LLC served on 6/5/2012, answer due 6/26/2012. (Attachments: # 1 Exhibit)(Yarbrough, Donald) (Entered: 06/08/2012) |
| 06/25/2012 | Ï 6 | NOTICE of Change of Address by Donald A. Yarbrough (Yarbrough, Donald) (Entered: 06/25/2012) |
| 07/06/2012 | Ï 7 | ANSWER and Affirmative Defenses to Complaint by Enhanced Recovery Company, LLC.(Martin, Michele) (Entered: 07/06/2012) |
| 07/06/2012 | Ï 8 | ORDER TO SHOW CAUSE For Lack of Prosecution Show Cause Response due by 7/12/2012. Signed by Judge William P. Dimitrouleas on 7/5/2012. (cqs) (Entered: 07/06/2012) |
| 07/06/2012 | Ï 9 | RESPONSE TO ORDER TO SHOW CAUSE re 8 Order to Show Cause by Frederick S. Aumick. (Yarbrough, Donald) (Entered: 07/06/2012) |
| 07/18/2012 | Ï 10 | NOTICE of Attorney Appearance by Kenneth Cleburne Grace on behalf of Enhanced Recovery Company, LLC (Grace, Kenneth) (Entered: 07/18/2012) |
| 07/18/2012 | Ï 11 | Corporate Disclosure Statement by Enhanced Recovery Company, LLC identifying Corporate Parent ERC Holdings, LLC for Enhanced Recovery Company, LLC (Martin, Michele) (Entered: 07/18/2012) |
| 07/24/2012 | Ï 12 | SCHEDULING REPORT – **Rule 16.1** by Frederick S. Aumick, Enhanced Recovery Company, LLC (Attachments: # 1 Text of Proposed Order)(Yarbrough, Donald) (Entered: 07/24/2012) |
| 07/24/2012 | Ï 13 | ORDER Setting Trial Date and Discovery Deadlines, Referring Case to Mediation and Referring Discovery Motions to United States Magistrate Judge: ( Jury Trial set for 8/5/2013 in Fort Lauderdale Division before Judge William P. Dimitrouleas., Calendar Call set for 8/2/2013 10:00 AM in Fort Lauderdale Division before Judge William P. Dimitrouleas., Amended Pleadings due by 1/10/2013., Discovery due by 4/10/2013., Joinder of Parties due by 1/10/2013., In Limine Motions due by 7/19/2013., Pretrial Stipulation due by 7/19/2013.), ORDER REFERRING CASE to Mediation., ORDER REFERRING CASE to Magistrate Judge Lurana S. Snow for Pretrial Discovery Motions Signed by Judge William P. Dimitrouleas on 7/24/12. (mg) (Entered: 07/25/2012) |
| 07/27/2012 | Ï 14 | NOTICE by Enhanced Recovery Company, LLC *Notice of Filing of ERC's Notice of Potential Tag–Along Actions in MDL Litigation* (Attachments: # 1 Exhibit Notice of Potential Tag–Along Actions in the MDL)(Grace, Kenneth) (Entered: 07/27/2012) |

| | | |
|---|---|---|
| 07/27/2012 | 15 | Request for Clerk to Appoint Mediator(Yarbrough, Donald) (Entered: 07/27/2012) |
| 07/30/2012 | 16 | Clerk's Appointment of Mediator: Daniel R. Levine added (pt) (Entered: 07/30/2012) |
| 08/23/2012 | 17 | Plaintiff's MOTION to Compel *Rule 26 Disclosures* by Frederick S. Aumick. Responses due by 9/10/2012 (Attachments: # 1 Text of Proposed Order)(Yarbrough, Donald) Modified on 8/24/2012 (ls). (Entered: 08/23/2012) |
| 08/24/2012 | 18 | Initial Disclosure(s) by Enhanced Recovery Company, LLC (Martin, Michele) (Entered: 08/24/2012) |
| 08/24/2012 | 19 | WITHDRAWAL of Motion re 17 Plaintiff's MOTION to Compel *Rule 26 Disclosures* filed by Frederick S. Aumick (Yarbrough, Donald) (Entered: 08/24/2012) |
| 10/10/2012 | 20 | Unopposed MOTION for Extension of Time to File Motions Related to Defendant's Responses to Plaintiff's Discovery Requests by Frederick S. Aumick. Responses due by 10/29/2012 (Attachments: # 1 Text of Proposed Order)(Yarbrough, Donald) Modified on 10/11/2012 (ls). (Entered: 10/10/2012) |
| 10/10/2012 | 21 | ORDER granting 20 Unopposed Motion for Extension of Time to File Motions Related to Defendant's Responses to Plaintiff's Discovery Requests by 10/24/2012. Signed by Magistrate Judge Lurana S. Snow on 10/10/2012. (ls) (Entered: 10/10/2012) |
| 10/24/2012 | 22 | Plaintiff's MOTION to Compel *Production and to Overrule Defendant's Objections* by Frederick S. Aumick. Responses due by 11/13/2012 (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Text of Proposed Order)(Yarbrough, Donald) Modified on 10/25/2012 (ls). (Entered: 10/24/2012) |
| 10/31/2012 | 23 | NOTICE of Attorney Appearance by Rachel A. Morris on behalf of Enhanced Recovery Company, LLC. (Morris, Rachel) (Entered: 10/31/2012) |
| 11/07/2012 | 24 | RESPONSE in Opposition re 22 Plaintiff's MOTION to Compel *Production and to Overrule Defendant's Objections* filed by Enhanced Recovery Company, LLC.. (Attachments: # 1 Exhibit A – Supplemental)(Martin, Michele) (Entered: 11/07/2012) |
| 11/16/2012 | 25 | Transmittal Letter with attached Certified CONDITIONAL TRANSFER ORDER (CTO–1) transferring case to the Middle District of Florida re: MDL 2398 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to the Honorable Roy B. Dalton, Jr.. (Signed by Jeffery N. Luthi, Clerk of the Panel). (gp) (Entered: 11/16/2012) |