UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: ENHANCED RECOVERY
COMPANY, LLC, TELEPHONE
CONSUMER PROTECTION ACT
LITIGATION

Case No.: 6:13-md-2398-Orl-37GJK
( MDL No. 2398)

This document relates to Member 6:13-cv-45

_____/

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

The parties, Frederick S. Aumick and Enhanced Recovery Company, LLC, ("ERC") having amicably resolved all matters in controversy, jointly move for a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs.

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Scott S. Gallagher, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Smith, Gambrell & Russell, LLP |
| Fort Lauderdale, Florida  33339 | Suite 2600 |
| Telephone: 954-537-2000 | 50 North Laura Street |
| Facsimile: 954-566-2235 | Jacksonville, FL 32202 |
| | Telephone: 904-598-6111 |
| | Facsimile: 904-598-6211 |
| | |
| By:  /s/ Donald A. Yarbrough | By: /s/ Scott S. Gallagher |
| Donald A. Yarbrough, Esq. | Scott S. Gallagher, Esq. |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: ENHANCED RECOVERY
COMPANY, LLC, TELEPHONE
CONSUMER PROTECTION ACT
LITIGATION

Case No.: 6:13-md-2398-Orl-37GJK
( MDL No. 2398)

This document relates to Member 6:13-cv-45

_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 19, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.