**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**IN RE: ENHANCED RECOVERY COMPANY, LLC, TELEPHONE CONSUMER PROTECTION ACT LITIGATION**

Case No. 6:13-md-2398-Orl-37GJK

This document relates to the Member case:
*Aumick v. Enhanced Recovery Company, LLC*
Case No. 6: 13-cv-45-Orl-37GJK

## ORDER OF DISMISSAL

Before the Court is the Joint Motion for Dismissal with Prejudice (Doc. 66), filed May 1, 2013. Accordingly, it is

**ORDERED** that this Motion is **GRANTED**. The case is hereby **DISMISSED** with prejudice, each party to bear its own attorney's fees and costs.

The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** at Orlando, Florida, this 31st day of May, 2013.

ROY B. DALTON, JR.
United States District Judge

Copies: Counsel of Record